

# Fourth Court of Appeals
## San Antonio, Texas

January 13, 2014

No. 04-13-00893-CV

**UVALDE COUNTY HOSPITAL AUTHORITY**,
Appellant

v.

Estela R. **GARCIA**, Individually, on behalf of all Wrongful Death Beneficiaries, and on behalf
of The Estate of Juan Garcia, Deceased,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2013-09-29540-CV
Honorable Camile G. Dubose, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file its brief is granted. We order appellant's brief due January 17, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court